UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRIAN MCGEE**<br>**1614 Madison Street**<br>**Baltimore, Maryland 21205**<br><br>    **Plaintiff,**<br><br>       v.<br><br>**WASHINGTON METROPOLITAN**<br>**AREA TRANSIT AUTHORITY**<br>**600 5th Street NW**<br>**Washington, D.C. 20001**<br><br>    **Defendant.** | Civil Action No. 1:22-cv-3370 |

### DEFENDANT WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY'S NOTICE OF REMOVAL

**COMES NOW**, Defendant Washington Metropolitan Area Transit Authority (hereafter "WMATA"), by and through undersigned counsel, and pursuant to 28 U.S.C. §§ 1441 and 1446, and D.C. Code §9-1107.01(81) (2001), hereby removes the above-captioned matter to this Court. The grounds for removal are set forth below.

### Nature of Plaintiff's Claim

1.     On October 5, 2022, Plaintiff filed the above action against WMATA in the Superior Court of the District of Columbia under Case No. 2022 CA 004568 V.

2.     WMATA was served with process on October 13, 2022.

3.     In accordance with 28 U.S.C. § 1446(a), true and correct copies of the Complaint, Summons, Information Sheet, Initial Order and Addendum are attached hereto as Exhibit A.

### Procedural Posture

4.     This Notice of Removal is filed within thirty (30) days after service of the Summons and Complaint and is therefore timely. *See* 28 U.S.C. § 1446(b).

**Jurisdiction and Venue**

5. This is a civil action over which this Court has original jurisdiction under the WMATA Compact, Public Law 89-774, paragraph 81, approved by Congress on November 6, 1966, as amended, reprinted at D.C. Code 9-1107.01, Section 81, which provides:

> The United States District Courts shall have original jurisdiction, concurrent with the Courts of Maryland and Virginia, of all actions brought by or against the Authority and to enforce subpoenas issued under this Title. Any such action initiated in a State Court shall be removable to the appropriate District Court in the manner provided by Act of June 25, 1948, as amended [28 U.S.C. §1446].

6. Venue is proper because this district embraces the jurisdiction in which Plaintiff initiated his lawsuit.

7. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed contemporaneously with the Clerk of the Superior Court of the District of Columbia and served along with written notice on Plaintiff's counsel of record.

8. No admission of fact, law or liability is intended by this Notice of Removal, and all defenses, affirmative defenses and motions are hereby reserved to Defendant WMATA.

**WHEREFORE**, Defendant Washington Metropolitan Area Transit Authority hereby removes the above-captioned matter, in its entirety, to this Court.

Respectfully submitted,

/s/ *Nimalan Amirthalingam*
Nimalan Amirthalingam, Esq. (#485117)
Washington Metropolitan Area Transit Authority
Office of General Counsel
300 7th Street SW
Washington, D.C. 20024
(202) 962-1067 (telephone)
(202) 962-2550 (fax)
namirthalingam@wmata.com
*Counsel for Defendant Washington Metropolitan Area Transit Authority*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 3, 2022, a copy of the foregoing was served *via* first-class mail, postage pre-paid, upon:

Jason R. Goren, Esq.
Slocomb Law Firm LLC
1225 I Street, N.W.
Suite 550A
Washington, D.C. 20005
*Counsel for Plaintiff*

        */s/ Nimalan Amirthalingam*
        Nimalan Amirthalingam, Esquire (#485117)